# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  January 19, 2017               D-7-17

_____

In the Matter of MANDY HUAY-YI
    HU, an Attorney.

                                        MEMORANDUM AND ORDER
                                             ON MOTION

(Attorney Registration No. 4866679)

_____


Calendar Date:  January 11, 2017

Before:  Egan Jr., J.P., Lynch, Rose, Devine and Clark, JJ.


_____


        Mandy Huay-Yi Hu, Burlingame, California, pro se.

        Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.


_____


Per Curiam.

        Mandy Huay-Yi Hu was admitted to practice by this Court in 2010 and lists a business address in Burlingame, California with the Office of Court Administration.  Hu now seeks leave to resign from the New York bar for nondisciplinary reasons (see Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).  The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Hu's application.

        Upon reading the affidavit of Hu sworn to August 11, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Hu is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Egan Jr., J.P., Lynch, Rose, Devine and Clark, JJ., concur.

ORDERED that Mandy Huay-Yi Hu's application to resign is granted and her nondisciplinary resignation is accepted; and it is further

ORDERED that Mandy Huay-Yi Hu's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Mandy Huay-Yi Hu shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.

ENTER:

Robert D. Mayberger
Clerk of the Court